IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO. 2:14cr24 KS-JMR

GRANTHAM ARMSTRONG MITCHELL

### MOTION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE, WITH SUPPORTING SUGGESTIONS

The United States, by and through its United States Attorney, respectfully submits this, the United States of America's Motion for a Final Order of Forfeiture in the above-entitled cause for the reasons set forth in the following supporting suggestions.

### SUPPORTING SUGGESTIONS

1. As a result of the guilty plea to counts one and two of the Information, for which the Government sought forfeiture pursuant to Title 18, United States Code, Section 2253, **GRANTHAM ARMSTRONG MITCHELL** shall forfeit to the United States of America all property involved in, or traceable to, property involved in the offenses and all proceeds obtained directly or indirectly from the offenses charged in the Information.

2. The Court has determined based on **GRANTHAM ARMSTRONG MITCHELL's** plea that the following property is subject to forfeiture pursuant to Title 18, United States Code, Section 2253, that the defendant had an interest in such property and that the Government has established the requisite nexus between such property and such offenses. Therefore the Court finds that the **One (1) Macbook Pro computer, serial number W89466B87XJ; One (1) Samsung Galaxy cellular device; and One (1) Apple IPad, serial number DMPHM5DQDNQT** shall be forfeited to the United States of America.

3. On July 21, 2014, this Court entered an Agreed Preliminary Order of Forfeiture regarding the aforementioned property.

4. By virtue of the guilty plea, the United States of America has established that the defendant has an interest in the property subject to forfeiture.

5. Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 23, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. To the best of the Government's knowledge, there are no other potential claimants. Any person asserting a legal interest in the property subject to forfeiture may, within sixty (60) days from the first day of publication of notice, petition the Court for a hearing to adjudicate the validity of his or her alleged interest in the property.

6. No petitions were filed within that sixty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States of America respectfully requests this Court enter a final order of forfeiture.

**RESPECTFULLY SUBMITTED**, this, the 21st day of January, 2015.

        UNITED STATES OF AMERICA

        GREGORY K. DAVIS
        UNITED STATES ATTORNEY

By:   /s/ Glenda R. Haynes
      GLENDA R. HAYNES (MS Bar No. 2132)
      Assistant United States Attorney
      501 E. Court Street, Suite 4.430
      Jackson, Mississippi 39201
      (601) 965-4480 Phone
      (601) 965-4409 Fax
      Glenda.Haynes@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, January 21, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system which caused notification of such filing to be sent to the appropriate counsel in this case.

    This, the 21st day of January, 2015.

                                              UNITED STATES OF AMERICA

                                              GREGORY K. DAVIS
                                              UNITED STATES ATTORNEY

                              By:    /s/ Glenda R. Haynes
                                          GLENDA R. HAYNES
                                          Assistant United States Attorney