IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14cr24 KS-JMR

GRANTHAM ARMSTRONG MITCHELL

## FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture [Ct. Doc. No. XX]. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on July 21, 2014, this Court entered an Agreed Preliminary Order of Forfeiture ordering Defendant **GRANTHAM ARMSTRONG MITCHELL** to forfeit **One (1) Macbook Pro computer, serial number W89466B87XJ; One (1) Samsung Galaxy cellular device; and One (1) Apple IPad, serial number DMPHM5DQDNQT** ("the Subject Property").

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture, beginning on August 23, 2014, and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no other potential claimants are known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 2253;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **One (1) Macbook Pro computer, serial number W89466B87XJ; One (1) Samsung Galaxy cellular device; and One (1) Apple IPad, serial number DMPHM5DQDNQT** is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 21st day of January, 2015.

*S/ Keith Starrett*
UNITED STATES DISTRICT JUDGE